NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHELLE LEA PULSINELLI,  )
DOC #T90671,  )
                                         )
        Appellant,  )
                                         )
v.  )     Case No. 2D17-4385
                                         )
STATE OF FLORIDA,  )
                                         )
        Appellee.  )
_____)

Opinion filed February 6, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laura E. Ward,
Judge.

Howard L. Dimmig, II, Public Defender,
and John C. Fisher, Assistant Public
Defender, Bartow, for Appellant.

Ashley Brooke Moody, Attorney
General, Tallahassee, and Chelsea S.
Alper, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

        Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.